[No. 26735-1-III.  Division Three.  March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT THOMAS BECKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00419-3, Craig J. Matheson and Cameron Mitchell, JJ., entered November 26, 2007 and May 21, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26791-1-III.  Division Three.  March 10, 2009.]

MARK G. DUNCAN ET AL., *Appellants*, v. GEORGE HERM BELCHER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-01871-3, Jerome J. Leveque, J., entered December 21, 2007. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26927-2-III.  Division Three.  March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 07-1-00270-8, Ted W. Small, J., entered March 10, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.